IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

JOSEPH BUSTERUD,

        Petitioner,

     v.

UNITED STATES OF AMERICA,

        Respondent.

_____

ORDER
08-cv-47-jcs
04-cr-210-jcs

Petitioner moves to vacate his sentence under 28 U.S.C. § 2255.

Accordingly,

ORDER

IT IS ORDERED that respondent shall file a response not later than February 25, 2008 and petitioner may file a reply not later than March 24, 2008.

The United States Marshal is directed to serve a copy of said motion and this order upon the United States Attorney.

Entered this 23rd day of January, 2008.

BY THE COURT:

/s/

_____
JOHN C. SHABAZ
District Judge