IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

JOSEPH BUSTERUD,

        Petitioner,

                                           ORDER
   v.                                    08-cv-47-jcs
                                           04-cr-210-jcs

UNITED STATES OF AMERICA,

        Respondent.
_____

    Petitioner moves to vacate his sentence under 28 U.S.C. § 2255.

    Accordingly,

ORDER

    IT IS ORDERED that respondent shall file a response not later than February 25, 2008 and petitioner may file a reply not later than March 24, 2008.

    The United States Marshal is directed to serve a copy of said motion and this order upon the United States Attorney.

    Entered this 23rd day of January, 2008.

                                  BY THE COURT:

                                  /s/

                                  _____
                                  JOHN C. SHABAZ
                                  District Judge