# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     Plaintiff, | **JUDGMENT**<br>**on a Motion pursuant to**<br>**28 U.S.C. § 2255** |
| v. | Case No.: 04-cr-210-jcs<br>08-cv-47-jcs |
| **JOSEPH BUSTERUD,**     Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin                                                                                       3/24/08
_____       _____
by Deputy Clerk                                                                                   Date